# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| STEVE BAILEY, JOSEPH GINAVAN, HAROLD KERNAL, and ANTHONY MANGE, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | ) Case No. 06-1031-CV-W-GAF<br>)<br>) |
| FEDERAL SIGNAL CORPORATION and LAW ENFORCEMENT EQUIPMENT CO., | )<br>)<br>)<br>) |
| Defendants. | ) |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that

     Plaintiffs' Motion is GRANTED and this case is HEREBY REMANDED to the Circuit Court of Jackson County, Missouri.


March 9, 2007                      Patricia L. Brune
Date                               Clerk

                                  /s/ Tracy L. Diefenbach
                                  (by) Deputy Clerk